UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARTHUR MINOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:14-cv-616-JPG-DGW |
| | ) |
| NORTH POINTE INSURANCE COMPANY | ) |
| and QBE INSURANCE CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This cause coming to be heard on QBE INSURANCE CORPORATION's ("QBE") Motion to Dismiss Plaintiff Arthur Minor's Complaint (Doc. 7), due notice being given and the Court being fully advised in the premises, it is hereby ordered:

1. By agreement of the Parties, QBE's Motion to Dismiss Plaintiff's claims against it (Doc. 7) is **GRANTED**;

2. The claims in this case against defendant QBE are **DISMISSED with prejudice**; and

3. The Parties are to bear their own costs.

The Clerk of Court is **DIRECTED** to enter judgment accordingly at the close of the case.

IT IS HEREBY ORDERED.

August 8, 2014                                             s/J. Phil Gilbert
**DATED**                                                  **J. PHIL GILBERT**
                                                           **DISTRICT JUDGE**